UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 23   AM 10: 03

| | |
|---|---|
| NOEL BROWN           ) | Case No. 1:22-cv-6371 |
|     Pet.          ) | |
| V.                   ) | |
| STATE OF NEW YORK,   ) | NOTICE OF MOTION TO STAY THE CASE. |
|     Res.          ) | |

I move under Rule of the Federal Rules of Appellate Procedure for an STAY in the above titled case. This request for a stay of the case pursuant to the Court of Appeals has as I anticipated, granted leave to appeal following petitioner's petition for reconsideration regarding the application I submitted to the Hon. Judge, in the Court of appeals. Thank You.

August 16th 2022.

Noel Brown MW0387

SCI. SOMERSET

1590 WALTER MILL ROAD

SOMERSET, PA 15510

Sig: _[signature]_

Granted. The Court stays this litigation pending plaintiff's state court appeal. The plaintiff is directed to file a status letter every 90 days and within 7 days of a decision by the New York State Court of Appeals.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
August 23, 2022

Smart Communications/PADOC
SCI-SOMERSET
Name NOEL BROWN
Number MW0387
PO Box 33028
St Petersburg FL 33733

PA Dept of Corrections
INMATE MAIL

Legal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NY
500 PEARL STREET
NEW YORK, NY 10007

RECEIVED
AUG 22 2022
CLERK'S OFFICE
S.D.N.Y.