UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 17 AM 10:08

NOEL BROWN,  :

    Petitioner,  : 22 Civ. 6371 (PAE)

V.  : District Judge: Paul A. Engelmayer

STATE OF NEW YORK,  :

    Respondent,  : MOTION TO RESCIND STAY

PLEASE TAKE NOTICE that petitioner Noel Brown, respectfully request that the Court: Rescind the stay order granted upon petitioner's request. Unfortunately the Court of Appeals, has not adjudicated the appeal in a timely manner. WHEREBY, in the interest of justice petitioner request that this Court adjudicate the case. Thank You.

In support of this motion, I submit the following documents: 1 Copy of the Center for Appellate Litigation, informing of the reconsideration application. 2 Copy of the State of New York Court of Appeals letter confirming application for reconsideration being assigned.

10/12/2022

Noel Brown MW0387

1590 WALTER MILL ROAD

SOMERSET, PA 15510

Yours Truly,

/s/ Noel Brown

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 10-19-2022

The motion to lift the stay is denied. Because Petitioner's motion to the Court of Appeals for reconsideration of the Court's denial of his leave application is still pending, the court will leave the stay in place until the Court of Appeals decides the motion. Petitioner is instructed to update the court on the status of his motion for reconsideration by December 23, 2022, or if the motion is decided before then, Petitioner should inform the court within 10 days after Petitioner learns of the Court of Appeals' decision. The Clerk of Court is directed to terminate the motion at ECF No. 11. SO ORDERED.

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

NOEL BROWN                                     : CERTIFICATE OF SERVICE*

       Petitioner

          V.                                   : DOCKET NUMBER: 22-6371

STATE OF NEW YORK        :


    I Noel Brown, petitioner certify under penalty of perjury that on /6//2/2022, I served a copy of Pro Se filing Notification, by United States Mail, on the following parties:

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL 28 LIBERTY STREET NEW YORK, NY 10005.


                                                                                         Yours Truly,

# CENTER FOR APPELLATE LITIGATION
**120 WALL STREET – 28TH FLOOR, NEW YORK, NY 10005 TEL. (212) 577-2523 FAX 577-2535**

*ATTORNEY-IN-CHARGE*
ROBERT S. DEAN
*ASSISTANT ATTORNEY-IN-CHARGE*
MARK W. ZENO
*SENIOR SUPERVISING ATTORNEYS*
CLAUDIA S. TRUPP
BARBARA ZOLOT
*MANAGING ATTORNEY*
DAVID J. KLEM

August 11, 2022

*SUPERVISING ATTORNEYS*
MEGAN D. BYRNE
NICOLE GEOGLIS
ROBIN NICHINSKY
BEN A. SCHATZ
KATE SKOLNICK
BEN WIENER
MARIANNE C. YANG

JOHN L. PALMER
jpalmer@cfal.org
*extension 564*

Mr. Noel L. Brown
MW0387
SCI Somerset
1590 Walters Mill Road
Somerset, PA 15510-0001

Dear Mr. Brown:

  I hope you are doing well. I recently received the enclosed correspondence and submissions regarding the reconsideration application you submitted to Judge Rivera. Please let me know if I should forward your additional submission to the Court or prosecution.

  Additionally, as I anticipated in my July 13, 2022 letter, the Court of Appeals has granted leave to appeal in a case raising an issue related to <u>New York State Rifle & Pistol Assn., Inc. v. Bruen</u>, 142 S. Ct. 2111 (2022). Accordingly, we asked to supplement your reconsideration application. Judge Rivera directed us to submit our supplemental letter by September 2, 2022.

  I will keep you updated on the status of the reconsideration application and provide copies of all submissions. Please let me know if you have any questions or concerns.



*State of New York*
*Court of Appeals*

Lisa LeCours
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095

July 28, 2022

Noel Brown
#MW0387
SCI - Somerset
P.O. Box 33028
St. Petersburg, FL 33733

Re: People v Brown (Noel); CLA-2022-00993; Pin No. 26001

Your application for reconsideration has been assigned to:

        Hon. Jenny Rivera
        Judge of the Court of Appeals
        Court of Appeals Hall
        20 Eagle Street
        Albany, NY 12207-1095

Additional submissions, if any, to the assigned Judge must be mailed within ten days after the date of this letter, and a copy must be served on the opposing party. Any response must be mailed within ten days after the due date for the applicant's additional submissions, with a copy also served on the applicant.

**Digital Filing Requirement**
The Court's Rules were amended effective December 30, 2020 and now require, in addition to the required paper filing, a companion submission in digital format of documents (see Rules 500.2, 500.20).

<u>As you have submitted copies of the required printed filings, you have been granted a hardship exemption and you do not have to submit companion digital filings.</u>

The opposing party must upload a copy of responding submissions, if any, within ten days after the due date for the applicant's additional submissions.

The documents must be uploaded using the Companion Filing Upload Portal accessed through the Court's website (www.nycourts.gov/ctapps). **The CLA No. and Pin No. listed above must be used to access the portal.** The Technical Specifications and Instructions for the Companion Filing Upload Portal (including naming conventions) are enclosed and are available on the Court's website.

                                                Lisa LeCours
                                                Clerk of the Court

cc:     Andrew E. Seewald, ADA
         Hon. Alvin Bragg, New York County District Attorney

         John L. Palmer, Esq.

**Smart Communications/PADOC**
SCI- Somerset
Name Noel Brown
Number MW 0387
PO Box 33028
St Petersburg FL 33733

USMS3 SDNY

LEGAL

PA Dept of Corrections
INMATE MAIL

Office of/United States District
SDNY Pro Se Intake/Southern District of New York
500 Pearl Street, Clerk Office
New York, NY 10007

Pro Se
EN

US POSTAGE **$000.57⁰**
PITNEY BOWES
ZIP 10601
02 1W
0001397502 OCT 12 2022

RECEIVED
OCT 14 2022
SDNY

2022 OCT 17 AM 11:00
SDNY PRO SE OFFICE