UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 NOV -1  AM 10: 12

RE: NOEL BROWN                   :

    Petitioner

    V.                            : 22 Civ. 6371 (PAE)

STATE OF NEW YORK,

    Respondent                    : NOTICE OF MOTION

AND NOW, this 25th day of October 2022, appellant Noel Brown, now request for this court to remove the court order for a stay, pursuant to petitioners request.

This request expeditiousness in the face of violation of Due Process Rights. WHEREBY, entitle appellant "to be herd at a meaningful time and a meaningful manner". Thank You.

Respectfully Submitted,

cc. STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL 28 LIBERTY STREET NEW YORK, NY 10005

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 11-2-2022

The request to lift the stay is denied for reasons stated at ECF No. 13. Petitioner is again instructed to update the court on the status of the pending motion for reconsideration by December 23, 2022, or within 10 days after Petitioner learns of the Court of Appeals' decision. The Clerk of Court is directed to terminate the motion at ECF No. 14.