UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 NOV 21 AM 10:0⎕

RE: NOEL BROWN        PET,

V.                    case no. 22 civ. 6371 (PAE)

STATE OF NEW YORK,    RES.

## NOTICE OF MOTION

AND NOW, this 14th day of November 2022, appellant named in the above case, reiterates his request for the order for stay to be RESCIND [rescind]. The current status of appellant's reconsideration petition, is petition denied, in an order dated November 1st 2022.

Please remove the order for a stay, and issue briefing notice when applicable. Thank You.

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: 11-29-2022

The stay on this matter is hereby lifted. The Clerk of Court is directed to terminate the motion at ECF No. 16.

Respectfully Submitted,