```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NOEL BROWN,

                               Petitioner,

          -against-

STATE OF NEW YORK,

                               Respondent.

-----------------------------------------------------------------X

22-CV-06371 (PAE)(VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On October 6, 2023, Petitioner filed a motion to vacate his sentence. ECF No. 37.

Respondent has 60 days to respond to Petitioner's motion.

**SO ORDERED.**

DATED:    New York, New York
               October 12, 2023

                                                          _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge