UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NOEL BROWN,

                                  Petitioner,                22-CV-06371 (PAE) (VF)

        -against-                                            **ORDER**

STATE OF NEW YORK,

                                  Respondent.

------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On July 25, 2022, Petitioner Noel Brown filed a habeas petition pursuant to 28 U.S.C. 2254. ECF No. 1 at 15. On April 4, 2023, and October 6, 2023, Petitioner filed motions to vacate his sentence. ECF Nos. 31, 37. The Court will construe Petitioner's motions to vacate his sentence as supplemental briefings to his habeas petition. See United States v. Rodriguez, No. 96-CR-969 (SHS), 2021 WL 3667892, at *3 n.1 (S.D.N.Y. Aug. 18, 2021) (construing two motions filed by defendants as supplements to their previous motions for habeas corpus relief); see also Santiago-Ortiz v. United States, No. 21-CV-9209 (LAK), 17-CR-149 (LAK), 2023 WL 3740228 (S.D.N.Y. May 31, 2023) ("the Court construes movant's request to file a new memorandum of law in support of his [habeas petition] as a motion for leave to amend or supplement his original [petition]."). As such, the motions will be decided with Petitioner's habeas petition.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 31 and 37.

**SO ORDERED.**

DATED:    January 29, 2024
              New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge