UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL BROWN,

Petitioner,

-against-

STATE OF NEW YORK.,

Respondent.

22 CIVIL 06371 (PAE)(HJR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated July 31, 2026, the Court accepts and adopts Judge Ricardo's Report in its entirety. The Court thus denies Brown's habeas petition; accordingly, the case is closed.

**Dated:** New York, New York
August 4, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**