UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL BROWN,

Petitioner,

-v-

STATE OF NEW YORK,

Respondent.

22 Civ. 6371 (PAE) (HJR)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 25, 2022, *pro se* petitioner Noel Brown filed a petition for a writ of habeas corpus, seeking to vacate his New York state conviction for second-degree criminal possession of a weapon. Dkt. 1. On May 8, 2025, the Honorable Henry J. Ricardo, United States Magistrate Judge, issued a Report and Recommendation with respect to the petition. Dkt. 61 (the "Report"). Judge Ricardo recommended that the petition be denied in full. *Id*. at 1. No party timely objected to the Report. *See* Dkt. 79 at 1 & n.1. On July 31, 2026, the Court adopted the Report in its entirety and accordingly denied Brown's habeas petition. Dkt. 79 (the "Order"). On August 4, 2026, the Clerk of Court entered a judgment consistent with the Order. Dkt. 80 (the "Clerk's Judgment"). On August 21, 2026, Brown filed in the Second Circuit a notice of appeal from the Clerk's Judgment. Dkt. 81.

For the reasons given in the Report and the Order, the Court declines to issue a certificate of appealability in this case. Brown has not made a substantial showing of a denial of a federal right, and appellate review is therefore not warranted. *Love v. McCray*, 413 F.3d 192, 195 (2d Cir.2005); 28 U.S.C. § 2253. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is

denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Moreover, because Brown failed to file any timely objection to Judge Ricardo's Report, the petitioner waived his right to appeal. *See Caidor v. Onondaga County*, 517 F.3d 601, 604 (2d Cir. 2008).

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 24, 2026
New York, New York